PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Lefty A. Batista | Cr.: 18-00543-001<br>PACTS #: 4946993 |

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/18/2018

Original Offense:   Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 841 (A)(1)(B)(1)(B)

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing, Drug Treatment, Mental Health Treatment, Support Dependents, and a $100 Special Assessment

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 06/07/2021 |

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special condition that states: '**You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and you must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the court You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**' |
| | On October 1, 2021, Batista submitted a urinalysis which tested positive for Fentanyl. |
| | On December 3, 2021, Batista submitted a urinalysis which tested positive for cocaine and Fentanyl. |

U.S. Probation Officer Action:

Batista is currently in Intensive Outpatient Treatment at Integrity House, Incorporated located in Newark, New Jersey. We will continue to monitor the offender, increase urine surveillance, and collaborate with

Prob 12A – page 2
Lefty A Batista

treatment provider to address his substance abuse issues. If he continues to use substances, he will be considered for inpatient treatment. The probation office respectfully recommends that Your Honor take no Court action at this time and the signed petition will also serve as a formal judicial reprimand. We will apprize the Court of any further noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michelle A. Siedzik*

By:   MICHELLE A SIEDZIK
U.S. Probation Officer

/ mas

APPROVED:

*Suzanne Golda-Martinez*          12/14/2021
SUZANNE GOLDA-MARTINEZ                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

December 13, 2021
Date