PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Lefty A. Batista　　　　　　　　　Cr.: 18-00543-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 4946993

Name of Sentencing Judicial Officer:　THE HONORABLE SUSAN D. WIGENTON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/18/2018

Original Offense:　Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 841 (A)(1)(B)(1)(B)

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing, Drug Treatment, Mental Health Treatment, Support Dependents, and a $100 Special Assessment

Type of Supervision: Supervised Release　　　　　　　　Date Supervision Commenced: 06/07/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special condition that states: '**You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and you must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the court You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.**' |
| | On April 25, 2022, Batista successfully completed a 28-day inpatient drug program. On or about April 27, 2022, shortly after his discharge from inpatient treatment, Batista relapsed and in fact used fentanyl again. He also, because of lack of communicating with the Probation Office was unable to get his medication and was given suboxone by a family member. He took said medication which was not prescribed in his name. |
| | On May 3, 2022, Batista tested positive for both fentanyl and buprenorphine, none of which was prescribed to him. |

Prob 12A – page 2
Lefty A Batista

U.S. Probation Officer Action:

Batista recently completed Short-Term Inpatient Treatment at Integrity House and upon being discharged was referred to Intensive Outpatient Treatment at Integrity House, Incorporated located in Newark, New Jersey as well. He will be closely monitored, and any future non-compliance will be reported to the Court. The probation office respectfully recommends that Your Honor take no Court action at this time and that the signed notice will serve as a formal judicial reprimand. We will apprize the Court of any further noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michelle A. Siedzik*

By: MICHELLE A SIEDZIK
U.S. Probation Officer

/ mas

APPROVED:

*Kevin M. Villa*                             05/06/2022

KEVIN M. VILLA                              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

May 6, 2022
Date