PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Lefty A Batista     Cr.: 18-00543-001
    PACTS #: 4946993

Name of Sentencing Judicial Officer:     THE HONORABLE SUSAN D. WIGENTON
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/18/2018
Date of Violation Sentence: 09/27/2022

Original Offense:     Count One: Conspiracy to Distribute Cocaine 21 U.S.C. § 846[21 U.S.C. § 841(b)(1)(B)], a Class B Felony

Violation Offense:     Unlawful substance use

Original Sentence: 30 months imprisonment, 3 years supervised release
Violation Sentence: Time served imprisonment, 1 year supervised release

Special Conditions: Special Assessment, Residential Reentry Center Placement, Drug Testing and Treatment, Mental Health Treatment, Supporting Dependents

Type of Supervision: Supervised Release     Date Supervision Commenced: 09/27/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | On April 7, 2023, Mr. Batista submitted a urinalysis during his substance abuse treatment appointment at Integrity House Inc. which tested positive for fentanyl. These results were confirmed positive by Alere national lab. |

U.S. Probation Officer Action:

Mr. Batista was verbally reprimanded for his substance use and the consequences for continued use were discussed. Since this positive test, Mr. Batista has been tested four additional times and all results have been negative. The U.S. Probation Office will continue to monitor Mr. Batista with drug testing and will notify the Court of any additional non-compliance. We are respectfully requesting no court action be taken against Mr. Batista and allow this notice serve as a written reprimand from the Court.

Prob 12A – page 2
Lefty A Batista

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

_____   05/05/23
PATRICK HATTERSLEY                  Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

May 9, 2023
Date